■ JULIE V. LOEW v. ERLING C. OLSEN.— Motion for a stay denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

## (October 11, 1960)

■ NESTER VELASQUEZ, as Administratrix of the Estate of ROBERT VELASQUEZ, Deceased, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Eager, JJ.

■ EMANUEL GUTTMAN, Respondent, v. JACOB J. ROSEN, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., McNally, Stevens and Eager, JJ.